# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### Atlanta Division

| | |
|---|---|
| HANNAH LEWIS MARLOW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action |
| | ) No. 1:24-cv-03426-SDG-JCF |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC | ) |
| | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff **HANNAH LEWIS MARLOW** ("Ms. Marlow"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Marlow and EQUIFAX INFORMATION SERVICES, LLC. Ms. Marlow and EQUIFAX INFORMATION SERVICES, LLC are in the process of completing the final settlement documents. Pending execution of these settlement documents, Ms. Marlow and EQUIFAX INFORMATION SERVICES, LLC shall timely file the proper form of dismissal with the Court.

This 5th day of March, 2025.

**HANNAH LEWIS MARLOW**

/s/ Drew D. Sarrett

Jeffrey B. Sand
Weiner & Sand
800 Battery Avenue SE
Atlanta, GA 30339
404.205.5029
js@wsjustice.com

Drew Sarrett, *Pro Hac Vice*
Consumer Litigation Associates
626 E. Broad Street, Suite 300
Richmond, Virginia 23219
Telephone: (804) 528-5758
drew@clalegal.com