**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **HANNAH LEWIS MARLOW**, <br>  Plaintiff, <br> v. <br> **EQUIFAX INFORMATION SERVICES, LLC**, <br>  Defendant. | Civil Action No. <br> 1: 24-cv-03426-SDG |

## ORDER

The parties filed a notice of settlement, in which they state that the parties have settled this case, and they anticipate moving for dismissal when settlement is finalized. (Doc. 24.) The Clerk is, therefore, **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. Administrative closure will not prejudice the rights of the parties in any manner, nor preclude the filing of documents. If finalization fails, the parties need only file a motion to reopen this action to request enforcement of the settlement, or to vacate this order of dismissal.

The parties are **ORDERED** to file appropriate documents disposing of the case within **60 days**. Absent an extension or further order of the Court, if there is no request to reopen within 60 days, the case may be dismissed with prejudice. U.S. Magistrate Judge J. Clay Fuller's Report and Recommendation [ECF 25] is **ADOPTED**.

Signed this 11th day of March, 2025.

Steven D. Grimberg
United States District Court Judge